AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 21 2016
BY_____ARTHUR JOHNSTON
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Charlie Lee Martin | ) | Case No.   3:16-cr-72-DPJ-LRA-1 |
| (Wherever Found) | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT



RECEIVED
SEP 14 2016
United States Marshal
Southern District of Mississippi

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Charlie Lee Martin                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Possess With Intent to Distribute a Controlled Substance
- Possess With Intent to Distribute a Controlled Substance (Aiding & Abetting)

ARTHUR JOHNSTON, CLERK

*N. Dean* (signature)
*Issuing officer's signature*

Date:   09/08/2016

City and state:   Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  09/08/16 , and the person was arrested on *(date)*  09/19/16
at *(city and state)*   JACKSON, MS .

Date:  09/19/16

*(signature)*
*Arresting officer's signature*

TIMOTHY ANDERSON DUSM
*Printed name and title*