IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr72-DPJ-LRA

CHARLIE LEE MARTIN

MOTION AND ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Indictment in this matter, without prejudice, as to the defendant Charlie Lee Martin only, as the defendant Charlie Lee Martin has pled guilty and has been sentenced in Count 3 of Cause Number 3:16cr70-DPJ-LRA.

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By:  *s/Jerry L. Rushing*
Jerry L. Rushing MSB# 5731
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the Indictment in this matter as to the defendant Charlie Lee Martin only, without prejudice, as the defendant has pled guilty and has been sentenced in Count 3 of Cause Number 3:16cr70-DPJ-LRA.

SO ORDERED this 22nd day of December 2017.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE